```
1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-po-00205-CDB |
|---|---|
| Plaintiff, | [Citation #E1574745, CA/10] |
| v. | |
| ANDREW P. TORRES, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00205-CDB [Citation #E1574745, CA/10] against ANDREW P. TORRES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 23, 2023                    Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                  By:   /s/ *Chan Hee Chu*
                                        CHAN HEE CHU
                                        Assistant United States Attorney

1

USA v. Torres
Case No. 5:23-po-00205-CDB

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:23-po-00205-CDB [Citation #E1574745, CA/10] against ANDREW P. TORRES be dismissed, without prejudice, in the interest of justice.

Defendant's motion to dismiss (Doc. 8), filed July 18, 2023, IS HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **July 24, 2023**                                     _____
                                                                               UNITED STATES MAGISTRATE JUDGE